IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVEREADY BATTERY COMPANY, INC.) <br>     Plaintiff <br>     v. <br> DURACELL, INC. <br>     Defendant <br>     v. <br> EASTMAN KODAK COMPANY <br>     Defendant <br>     v. <br> STRATEGIC ELECTRONICS, LLC. <br>     Defendant | ) <br> ) <br> ) <br> ) CASE NUMBER 1:98-CV-00260 (RWR) <br> ) <br> ) JUDGE: Richard W. Roberts <br> ) <br> ) DECK TYPE: Civil General <br> ) <br> ) <br> ) <br> ) |

## ANSWER BY DEFENDANT STRATEGIC ELECTRONICS, LLC TO COMPLAINT BY EVEREADY BATTERY COMPANY, INC.

Defendant Strategic Electronics, LLC ("Strategic") answers the complaint filed by plaintiff Eveready Battery Company ("Eveready") by responding to the individual paragraphs of the complaint as follows:

1. Defendant Strategic admits the allegations in the first sentence of this paragraph, but denies the allegations of the remaining portions of this paragraph.

2. Denied.

3. Defendant Strategic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and, accordingly, denies same.

4. Defendant Strategic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and, accordingly, denies same.

5. Defendant Strategic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and, accordingly, denies same.

6. Admitted.

7. Admitted.

8. Admitted.

9. Defendant Strategic denies that Gary R. Tucholski was the sole inventor named in the alleged application, but admits the remaining portions of this paragraph.

10. Admitted.

11. Admitted.

12. Admitted.

13. Defendant Strategic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and, accordingly, denies same.

14. Defendant Strategic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and, accordingly, denies same.

15. Defendant Strategic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and, accordingly, denies same.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Defendant Strategic denies that the Board issued the alleged order, but admits the remaining portions of this paragraph.

24. Admitted.

25. Defendant Strategic admits that Eveready has filed an action under 35 USC § 146, but denies the remaining portions and subparagraphs of this paragraph.

26. No paragraph pleaded by Eveready.

27. No paragraph pleaded by Eveready.

28. Denied.


Dated: October 21, 2004

Respectfully submitted,
**STRATEGIC ELECTRONICS, LLC**

Peter W. Peterson
Bar Membership No.: (pro hac vice)
Robert Curcio
Bar Membership No.: 463,635
**DeLIO & PETERSON, LLC**
121 Whitney Avenue
New Haven, CT  06510
(203) 787-0595

Thomas J. Macpeak
Bar Membership No.: 26,419
**WESTERMAN, HATTORI, DANIELS
  & ADRIAN, LLP**
1250 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 822-1111

## CERTIFICATE OF SERVICE

I hereby certify that copies of the attached paper entitled **ANSWER BY DEFENDANT STRATEGIC ELECTRONICS, LLC TO COMPLAINT BY EVEREADY BATTERY COMPANY, INC.** was served on this 21 day of October, 2004 by UPS overnight courier to the following counsels of record:

**For Duracell:**
Paul J. Esatto, Jr.
SCULLY, SCOTT, MURPHY & PRESSER
400 Garden City Plaza
Garden City, NY 11530
(two copies)

Donal B. Tobin
THE GILLETTE CO.
Prudential Tower, 39th Fl.
Boston, MA 02199-8001
(one copy)

**For Eveready:**
Randall G. Litton
Thomas M. McKinley
PRICE, HENEVELD, COOPER,
 DeWITT & LITTON
695 Kenmoor, S.E.
P.O. Box 2567
Grand Rapids, MI 49501
(two copies)

Robert W. Welsh
EVEREADY BATTERY CO., INC.
25225 Detroit Road
Westlake, Ohio 44145-2536
(one copy)

Herbert B. Keil
KEIL & WEINKAUF
1101 Connecticut Ave., N.W.
Washington, D.C. 20036
(one copy via first class mail)

**For Kodak:**
Charles L. Gholz
OBLON, SPIVAK, McCLELLAND
 MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(two copies)

Thomas H. Close
Patent Department
EASTMAN KODAK CO.
66 Eastman Avenue
Building 82, Door J
Rochester, NY 14650-2201
(one copy)

Date: Oct. 21, 2004              By: _____

str903eveready_answer.doc