UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EASTMAN KODAK CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 98-234 (RWR) |
| DURACELL, INC., *et al.* | ) | |
| Defendants. | ) | |
| EVEREADY BATTERY CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 98-260 (RWR) |
| DURACELL, INC., *et al.* | ) | |
| Defendants. | ) | |
| DURACELL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 99-3424 (RWR) |
| STRATEGIC ELECTRONICS, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to the status conference held in this case on November 4, 2004, it is hereby

ORDERED that the parties' request to consolidate cases (98cv234, 98cv260, 99cv3424) be, and hereby is, GRANTED. It is

- 2 -

further

ORDERED that the cases of *Eveready Battery Co., Inc. v. Duracell, Inc.*, Civil Action No. 98-260, and *Duracell, Inc. v. Strategic Electronics, LLC*, Civil Action No. 99-3424, are consolidated with *Eastman Kodak Co. v. Duracell, Inc.*, 98-234. It is further

ORDERED that the Clerk's Office is directed to close *Eveready Battery Co., Inc. v. Duracell, Inc.*, Civil Action No. 98-260, and *Duracell, Inc. v. Strategic Electronics, LLC*, Civil Action No. 99-3424.  It is further

ORDERED that all filings with this Court shall henceforth be filed only under the case of *Eastman Kodak Co. v. Duracell, Inc.*, Civil Action No. 98-234.

SIGNED this 4th day of November, 2004.

_____
RICHARD W. ROBERTS
United States District Judge